**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HASSAN BIN ATTASH** )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>**BARACK OBAMA, et al.** )<br>)<br>*Respondents*. )<br>) | **Civil Action No. 05-1592 (RCL)** |

## NOTICE TO COUNSEL

The Court has determined that, at this time, there is no need to rule on the petitioner's request that the government provide a "narrowing statement" of the material facts in the case. Instead, the Court will rule on this request when it rules on the discovery motion and sets a schedule for the anticipated motions for judgment on the record.


Signed by Chief Judge Royce C. Lamberth on February 4, 2009.

1